# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00009**
Same Defendant __X__    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_     Matter to be sealed: ___ Yes _X_ No

Defendant Name    ___Michael Merrell___

Alias Name    _____

Address    _____

___Piti, Guam___

Birthdate _xx/xx/1956_  SS# _Xxx-xx-6220_  Sex _M_  Race _Black_  Nationality ____

**U.S. Attorney Information:**

SAUSA ___Ryan Anderson___

Interpreter: _X_ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED FEB - 2 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: _____    _X_ Petty ___ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 9107<br>18 USC 7(3)&13 | Reckless Driving | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _2/2/07_    Signature of AUSA: _[signature]_