LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Magistrate Case No. 07-00009<br><br>**MOTION FOR LEAVE TO FILE FACSIMILE WAIVER OF APPEARANCE AND CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |

Pursuant to G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, Defendant Michael Merrell respectfully moves the Court for leave to file herein a facsimile copy of the Waiver of Appearance and Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case, which are attached hereto. The defendant is presently in Oklahoma and has executed the waiver and consent in that state. The signed originals are being sent to defense counsel via mail and will be filed with this Court immediately upon receipt.

**RESPECTFULLY SUBMITTED** this 7th day of February, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN, ESQ.
*Attorneys for Defendant Michael Merrell*