LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

**FILED**
DISTRICT COURT OF GUAM
FEB - 7 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Magistrate Case No.07-00009<br><br>**WAIVER OF APPEARANCE** |

Upon being fully advised by my counsel of my right to be present at the initial appearance, arraignment, plea hearing, trial, sentencing, and any other court hearings in this matter, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the above proceedings in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have received a copy of the information charging me with Reckless Driving, and, as to this charge, I plead guilty as stated in a Plea Agreement which was filed with the Court on February 2, 2007.

DATE: 02/06/2007

_____
**MICHAEL MERRELL**
*Defendant*

**LUJAN AGUIGUI & PEREZ LLP**

DATE: 2/7/07        By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

1

2

3  STATE OF _Oklahoma_ )
                              ) ss:
4                             (

5      BEFORE ME, a Notary Public, in and for the State of _Oklahoma_, on this
   _6th_ day of February, 2007, personally appeared Michael Merrell, known to me to be the
6  defendant whose name is subscribed to the foregoing Waiver of Appearance, and acknowledged
7  to me that he executed the same as his free and voluntary act and deed for the purposes therein set
   forth.

8      IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day
9  and year first written above.

10

11

12                                          _Jara D Green_

13                                          Commission Expires: 2/15/2008
                                            Commission #000002699
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28