
**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MERRELL, <br><br> Defendant. | MAGISTRATE CASE NO. 07-00009 <br><br> **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |

My legal counsel has explained to me the nature of the offense with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. My legal counsel has informed me of my right to the assistance of legal counsel. My legal counsel has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a Untied States district Judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

_____
MICHAEL MERRELL, Defendant

M-0059/732-00

## WAIVER OF RIGHT TO TRIAL BY JURY

My legal counsel has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury.

Consented to by United States:

_____
Michael Merrell, Defendant
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

My legal counsel has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

_____
Michael Merrell, Defendant

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.

Approved By: _____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

_____
Date

ACKNOWLEDGMENT

STATE OF Oklahoma ) ss:

BEFORE ME, a Notary Public, in and for the State of Oklahoma, on this 6th day of February, 2007, personally appeared Michael Merrell, known to me to be the defendant whose name is subscribed to the foregoing Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case, and acknowledged to me that he executed the same as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year first written above.

*[Notary seal: JAMA D. GREEN, NOTARY PUBLIC, IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY]*

Jama D Green

Commission Expires: 2/15/2008
Commission # 00002699