**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Magistrate Case No.07-00009<br><br>**ORDER**<br>**Permitting the Filing of Waiver of Appearance Without Original Signature** |

Upon motion by the Defendant and for good cause shown, the Court hereby permits the Defendant to file a Waiver of Appearance which does not contain his original signature, provided that original signed Waiver of Appearance is filed with the Court immediately upon defense counsel's receipt.

SO ORDERED this 8th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**