1  **LUJAN AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Defendant Michael Merrell*

**FILED**
DISTRICT COURT OF GUAM

FEB 22 2007

**MARY L.M. MORAN
CLERK OF COURT**

6           IN THE UNITED STATES DISTRICT COURT

7              FOR THE TERRITORY OF GUAM

8

9  UNITED STATES OF AMERICA,          Magistrate Case No.07-00009

10           Plaintiff,

11                                    **SUBMISSION OF WAIVER OF
                                      APPEARANCE AND CONSENT TO**
      vs.                             **PROCEED BEFORE UNITED STATES**
12                                    **MAGISTRATE JUDGE IN A**
                                      **MISDEMEANOR CASE**
13 MICHAEL MERRELL,

14           Defendant.

15

16      Defendant Michael Merrell hereby submits to the Court his Waiver of Appearance and

17 Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case signed by him,

18 which is attached hereto.

19      **RESPECTFULLY SUBMITTED** this 22nd day of February, 2007.

20                            **LUJAN AGUIGUI & PEREZ** LLP

21

22                    By:    _____

23                           **DELIA LUJAN, ESQ.**
                             *Attorneys for Defendant Michael Merrell*
24

25

26

27

28

ORIGINAL