

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

**FILED**
DISTRICT COURT OF GUAM

FEB 22 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>　　　　　Defendant. | Magistrate Case No. 07-00009<br><br>**WAIVER OF APPEARANCE** |

Upon being fully advised by my counsel of my right to be present at the initial appearance, arraignment, plea hearing, trial, sentencing, and any other court hearings in this matter, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the above proceedings in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have received a copy of the information charging me with Reckless Driving, and, as to this charge, I plead guilty as stated in a Plea Agreement which was filed with the Court on February 2, 2007.

DATE: 2/17/2007

_____
**MICHAEL MERRELL**
*Defendant*

DATE: 2/22/07

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

ACKNOWLEDGMENT

STATE OF Oklahoma ) ss:

BEFORE ME, a Notary Public, in and for the State of Oklahoma, on this 17th day of February, 2007, personally appeared Michael Merrell, known to me to be the defendant whose name is subscribed to the foregoing Waiver of Appearance, and acknowledged to me that he executed the same as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year first written above.

[Notary Seal: JANA D. GREEN, NOTARY PUBLIC, IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY]

Jana D. Green

Commission Expires 2/15/2008
Commission # 00002699