# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: MJ-07-00009                DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 2:22:32 - 2:37:25
CSO: B. Benavente / F. Tenorio

**APPEARANCES:**

Defendant:  Michael Merrell                        Attorney:  Delia Lujan

DEFENDANT NOT PRESENT                       ☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson                   U.S. Agent:
U.S. Probation: Carleen Borja                     U.S. Marshal: None Present
Interpreter:                                                Language:

**PROCEEDINGS: Initial Appearance / Arraignment / Plea / Sentencing**
- Plea entered: Guilty
- Plea: Accepted.
- Defendant sentenced to probation for a term of 2 months, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay restitution in the amount of $500.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.

NOTES: Government's oral motion to dismiss Criminal Case No. 06-00052 granted.