PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

MICHAEL MERRELL

MAGISTRATE CASE NO. 07-00009-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **April 26, 2007.** I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Ryan M. Anderson, AUSA
       Richard Arens, AFPD
       File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: May 17, 2007**